FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 19 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 6:15CR 53 |
| | § | Judge MHS/KNM |
| STEVE BRISTER, JR. (01) | § | |
| DIANA LYNN FORD (02) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1

Violation: 21 U.S.C. § 846 (Conspiracy to possess with intent to distribute methamphetamine)

Beginning on a date unknown to the Grand Jury and continuing up to and through August 2, 2014, in the Eastern District of Texas and elsewhere, **Steve Brister, Jr.** and **Diana Lynn Ford**, the defendants charged herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to violate the laws of the United States, to-wit, Title 21, United States Code, Section 841(a)(1), prohibiting the knowing and intentional possession with intent to distribute methamphetamine, a Schedule II controlled substance,

All in violation of 21 U.S.C. § 846.

**Indictment – Page 1**

## COUNT 2

<u>Violation</u>: 21 U.S.C. § 841(a)(1) (Possession with intent to distribute methamphetamine)

On or about August 2, 2014, in the Eastern District of Texas, **Steve Brister Jr.** and **Diana Lynn Ford**, the defendants herein, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance,

All in violation of 21 U.S.C. § 841(a)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses alleged in this indictment, defendant herein, shall forfeit to the United States:

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation(s); and

2. any of the defendants property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including, but not limited to the following:

**Cash Proceeds**
$5,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly as the result of the foregoing offenses alleged in this indictment.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL,

__8-19-2015__                           __BK__
DATE                                    FOREPERSON OF THE GRAND JURY


JOHN M. BALES
UNITED STATES ATTORNEY


*Bill Baldwin*
BILL BALDWIN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 6:15CR |
| STEVE BRISTER, JR. (01)<br>DIANA LYNN FORD (02) | § § § | Judge _____ |

## NOTICE OF PENALTY

## COUNT 1 & 2

Violation: 21 U.S.C. § 846

Penalty: No more than 20 years in prison, a fine not to exceed $1,000,000, or both, and supervised release of at least 3 years.

Special Assessment: $100.00